**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KYLE PAINE | CRIMINAL ACTION<br>NO. 20-0055 |

## **ORDER**

**AND NOW**, this 19th day of August 2021, upon consideration of Defendant's Motion to Suppress (ECF 39) and the Government's Response (ECF 41), and following a hearing held on August 17, 2021 (ECF 55), it is hereby **ORDERED** that Defendant's Motion is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

 */s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.