IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KYLE PAINE | CRIMINAL ACTION<br>NO. 20-0055 |

## **ORDER**

**AND NOW**, this 19th day of August 2021, upon consideration of the Government's Motion *in Limine* to introduce evidence of prior acts pursuant to Federal Rule of Evidence 404(b) (ECF 50) and the Defendant's Response (ECF 51), it is hereby **ORDERED** that the Motion is **GRANTED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.