# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>KYLE PAINE,<br><br>*Defendant.* | CRIMINAL ACTION<br><br>NO. 20-55 |

## ORDER

**AND NOW**, this 5th day of January 2022, upon consideration of Defendant Kyle Paine's Omnibus Post Trial Motion (ECF 102) and the Government's Response (ECF 110), it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.