# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION NO. 20-55 |
| KYLE PAINE | |

## ORDER

**AND NOW**, this 21st day of January 2026, upon consideration of Kyle Paine's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255, (Dkt. No. 159), the Government's Response, (Dkt. No. 163), and Paine's Sur-reply, (Dkt. No. 168), it is **ORDERED** that:

1. Paine's § 2255 petition is **DENIED**.
2. A certificate of appealability **SHALL NOT** issue.
3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.